UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>K.J. WOODS CONSTRUCTION, INC.,<br><br>Defendant. | Case No. 15-cv-03268-LB<br><br>**ORDER (1) ALLOWING PLAINTIFF TO SERVE DEFENDANT VIA THE SECRETARY OF STATE, (2) EXTENDING THE DEADLINE BY WHICH PLAINTIFF MUST SERVE DEFENDANT, AND (3) CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF Nos. 14, 15 |

Level 3 Communications, LLC ("Level 3") sued K.J. Woods Construction Inc. ("KJN") but so far has been unable to serve it with the complaint and summons. Level 3 moves for permission to serve KJN via the California Secretary of State. (Motion 1, ECF No. 15.) It also moves to extend its deadline for doing so. (Motion 2, ECF No. 14.) The court grants both motions.

Rule 4(h)(1)(A) of the Federal Rules of Civil Procedure provides that service on a corporation may be made in the manner prescribed by Rule 4(e)(1). Rule 4(e)(1), in turn, authorizes service in any manner permitted by the state where the district court is located. California Code of Civil Procedure § 416.10 provides that a corporation may be served by the procedures set forth in California Corporations Code § 1702. California Corporations Code § 1702 provides that if a plaintiff is unable, with reasonable diligence, to serve a corporation by other methods for serving a

ORDER (No. 3:15-cv-03268-LB)

1  corporation under California law,

> 2 the court may make an order that the service be made upon the corporation by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for each defendant to be served, together with a copy of the order authorizing such service. Service in this manner is deemed complete on the 10th day after delivery of the process to the Secretary of State.

Level 3 submitted an affidavit describing its efforts to find and serve KJW. (Proszek Affidavit, ECF No. 15-1.) Level 3's process server made multiple attempts to serve KJN at the address registered with the California Secretary of State, provided to the California Contractors State License Board, and which was on the letterhead of a letter that KJN sent to Level 3. The office at that address was always locked, and no one was ever there. Level 3 called the telephone number listed on KJN's website, but no one answered, and no one responded to the voicemails left. Level 3 discovered a residential address related to KJN, and the process server made several attempts to serve KJN there, but the process server eventually was informed that the individuals associated with KJN had moved. Finally, Level 3 contacted the San Francisco Department of Public Works to discover any other addresses, but the DPW had only those that Level 3 already tried.

Based on the affidavit submitted, the court finds that Level 3 has been unable to serve KJN despite reasonable efforts to do so. Accordingly, the court grants Level 3's motion to allow it to serve KJN pursuant to California Corporations Code § 1702(a). Once Level 3 does so, it must file an executed summons and supporting affidavit showing that it served KJN in this manner.

In light of this process, the court also extends the deadline for Level 3 to serve KJN to February 2, 2016 and continues the initial case management conference from December 10, 2015 to February 18, 2016 at 11:00 a.m. in Courtroom C.

**IT IS SO ORDERED.**

Dated: December 4, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:15-cv-03268-LB)

2