| | |
|---|---|
| 1 | Jillisa L. O'Brien (Bar No. 190477) |
| 2 | Andrew D. White (Bar No. 222628) |
|   | MURTAUGH MEYER NELSON |
| 3 |  & TREGLIA LLP |
|   | 2603 Main Street, 9th Floor |
| 4 | Irvine, California  92614-6232 |
|   | (949) 794-4000/FAX (949) 794-4099 |
| 5 | jobrien@mmnt.com |
| 6 | awhite@mmnt.com |

Attorneys for Defendant
**K.J. WOODS CONSTRUCTION, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, | CASE NO.  15-cv-03268-LB |
|   | **Assigned For All Purposes To:** |
| Plaintiff, | Judge:       **Laurel Beeler** |
|   | Ctrm:         "C" |
| v. |   |
| K.J. WOODS CONSTRUCTION, INC., | **REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE; AND PROPOSED ~~ORDER~~ THEREON** |
| Defendant. |   |
|   | Date:     July 21, 2016 |
|   | Time:    11:00 a.m. |
|   | Dept.:    "C" |
|   |   |
|   | Date of Filing:    July 14, 2015 |
|   | TRIAL DATE:    March 20, 2017 |

///
///
///
///

1530194

- 1 -

REQUEST FOR TELEPHONIC APPEARANCE AT
INITIAL CASE MANAGEMENT CONFERENCE; AND ~~PROPOSED~~ ORDER THEREON

1  Andrew D. White, counsel for Defendant K.J. WOODS
2  CONSTRUCTION, INC., respectfully requests to appear via telephone for the
3  **Further Case Management Conference** scheduled for **July 21, 2016** at
4  **11:00 a.m.** in **Department "C"** of this Court, before the Honorable
5  Laurel Beeler.

7  Dated: June 22, 2016          MURTAUGH MEYER NELSON
                                  & TREGLIA LLP

                                  By: /s/ Andrew D. White
                                  ─────────────────────────
                                  Jillisa L. O'Brien
                                  Andrew D. White
                                  Attorneys for Defendant
                                  **K.J. WOODS CONSTRUCTION, INC.**

## O R D E R

IT IS SO ORDERED.

DATED: June 23, 2016            _____
                                 **JUDGE OF THE SUPERIOR COURT**

REQUEST FOR TELEPHONIC APPEARANCE AT
INITIAL CASE MANAGEMENT CONFERENCE; AND ~~PROPOSED~~ ORDER THEREON